**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-4848

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEON R. HARRIS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.  (3:06-cr-00006-REP)

Submitted:  March 30, 2007          Decided:  April 11, 2007

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael S. Nachmanoff, Acting Federal Public Defender, Mary E. Maguire, Assistant Federal Public Defender, Richmond, Virginia, for Appellant.  Chuck Rosenberg, United States Attorney, Elizabeth C. Wu, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

A jury convicted Keon R. Harris of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841 (2000), and possession of heroin, in violation of 21 U.S.C. § 844 (2000). The district court sentenced Harris to five months' imprisonment. On appeal, Harris argues that the evidence is insufficient to demonstrate Harris knowingly possessed heroin and knowingly possessed heroin with intent to distribute. Our review of the trial transcript convinces us the evidence was sufficient to convict. See United States v. Alerre, 430 F.3d 681, 693 (4th Cir. 2005), cert. denied, 126 S. Ct. 1925 (2006) (discussing standard of review for denial of motion filed under Fed. R. Crim. P. 29); United States v. Collins, 412 F.3d 515, 519 (4th Cir. 2005) (discussing elements of possession with intent to distribute).

Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED